AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Teodoro NAVA-GUTIERREZ<br><br>Defendant(s) | )<br>)<br>)  Case No.  3:25 mj 51<br>)<br>)<br>)<br>) |

FILED MAY 13 2025 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 7, 2025__ in the county of __Richmond City__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1253 | Failure to Comply with Removal |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Thomas A. Garnett

_____
Complainant's signature

Christopher M. Page, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 05/13/2025

/s/ MS
Judge's signature

City and state: Richmond, Virginia

Summer L. Speight, U.S. Magistrate Judge
Printed name and title